IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KHARI WHEELER, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>vs.<br><br>DETROIT CAREGIVERS CENTER ASSOCIATION, LLC D/B/A GREEN CROSS, a Michigan Limited Liability Company,<br><br>   *Defendant*.<br>_____/ | **CLASS ACTION**<br><br>**Case No. 2:21-cv-10032-SFC-KGA**<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, Khari Wheeler, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this this action as follows:

1.  All claims of the Plaintiff, Khari Wheeler, individually, are hereby dismissed with prejudice.

2.  All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: March 03, 2021

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 03, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                            **SHAMIS & GENTILE, P.A.**
                            14 NE 1st Ave., Suite 705
                            Miami, FL 33132
                            Telephone (305) 479-2299
                            Facsimile (786) 623-0915
                            Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
         Andrew J. Shamis, Esq.
         Florida Bar # 101754

         *Counsel for Plaintiff and the Class*